**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO.   GLR-17-0223 |
| **TERRELL PLUMMER** | : | |
| | : | |

...o0o...

## ENTRY OF APPEARANCE

Please enter the appearance of Michael A. Goldsticker, Assistant United States Attorney for the District of Maryland, as co-counsel in the above-referenced matter.

Respectfully submitted,

Robert K. Hur
United States Attorney


_____/s/_____
Michael A. Goldsticker
Assistant United States Attorney